AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

WESTERN _____ DISTRICT OF __MASSACHUSETTS__

JAMES TULGAN

V.

BERKSHIRE ARMORED CAR SERVICES
CO., INC. PROFIT SHARING PLAN,
BERKSHIRE ARMORED CAR SERVICES
CO., INC., GERARD S. REDER and
JACQUELINE POWERS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03 - 30298 - MAP

TO: (Name and address of defendant)
Berkshire Armored Car Services Co., Inc. Profit Sharing Plan
to its Administrator,
Berkshire Armored Car Services Co., Inc.
343 Pecks Road
Pittsfield, MA 01201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Robert L. Leonard, Esq.
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

12/8/03
DATE

_____
(BY) DEPUTY CLERK

**Office of the Sheriff** • 467 Cheshire Road • Pittsfield, MA 01201 • 413-443-6841

**Berkshire, ss.**

December 16, 2003

I hereby certify and return that on 12/15/2003 at 3:45PM I served a true and attested copy of the Summons, Complaint & Demand for Jury Trial, Civil Action Cover Sheet, in this action in the following manner: To wit, by delivering in hand to Pamela Ganz, Employee, Berk. Armored Car Services Co., Profit Sharing Plan at 343 Pecks Road, Pittsfield, MA 01201 .Attestation ($5.00), Conveyance ($1.50), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($22.70) Total Charges $60.20

Deputy Sheriff, Antonio J. Marcella

_____
Deputy Sheriff

☐ ~~Returned unexecuted:~~ _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

WESTERN _____ DISTRICT OF MASSACHUSETTS

JAMES TULGAN

V.

BERKSHIRE ARMORED CAR SERVICES
CO., INC. PROFIT SHARING PLAN,
BERKSHIRE ARMORED CAR SERVICES
CO., INC., GERARD S. REDER and
JACQUELINE POWERS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03 - 30298 - MAP

TO: (Name and address of defendant)

Officer or Managing or General Agent of
Berkshire Armored Car Services Co., Inc.
393 Pecks Road
Pittsfield, MA 01201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert L. Leonard, Esq.
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900

an answer to the complaint which is herewith served upon you, within    twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

12/8/03
DATE

_____
(BY) DEPUTY CLERK

**Office of the Sheriff** • 467 Cheshire Road • Pittsfield, MA 01201 • 413-443-6841

**Berkshire, ss.**

December 16, 2003

I hereby certify and return that on 12/15/2003 at 3:45 PM I served a true and attested copy of the Summons, Complaint & Demand for Jury Trial, Civil Action Cover Sheet in this action in the following manner: To wit, by delivering in hand to Pamela Ganz, Secretary, Berkshire Armored Car Services Co., Inc. at 343 Pecks Road, Pittsfield, MA 01201 .Attestation ($5.00), Conveyance ($1.50), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($22.70) Total Charges $60.20

Deputy Sheriff, Antonio J. Marcella

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

WESTERN DISTRICT OF MASSACHUSETTS

JAMES TULGAN

V.

BERKSHIRE ARMORED CAR SERVICES CO., INC. PROFIT SHARING PLAN, BERKSHIRE ARMORED CAR SERVICES CO., INC., GERARD S. REDER and JACQUELINE POWERS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-30298-MAP

TO: (Name and address of defendant)

Gerard S. Reder
477 Holmes Road
Pittsfield, MA 01201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert L. Leonard, Esq.
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

12/8/03
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Office of the Sheriff** • 467 Cheshire Road • Pittsfield, MA 01201 • 413-443-6841

*Berkshire, ss.*

December 17, 2003

I hereby certify and return that on 12/17/2003 at 9:32 AM I served a true and attested copy of the Summons, Complaint & Demand for Jury Trial, Civil Action Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Gerard S. Reder, at 477 Holmes Road, Pittsfield, MA 01201 and by mailing 1st class to the above address on 12/17/2003. Attestation ($10.00), Conveyance ($1.50), L&U Mailing ($3.00), Service Fee ($20.00), Travel ($22.70) Total Charges $57.20

Deputy Sheriff, Ronald J. Marcella, Sr.

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

WESTERN DISTRICT OF MASSACHUSETTS

JAMES TULGAN

V.

BERKSHIRE ARMORED CAR SERVICES CO., INC. PROFIT SHARING PLAN, BERKSHIRE ARMORED CAR SERVICES CO., INC., GERARD S. REDER and JACQUELINE POWERS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-30298-MAP

TO: (Name and address of defendant)

Jacqueline Powers
60 Kenwood Street
Pittsfield, MA 01201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address:)

Robert L. Leonard, Esq.
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

12/8/03
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

**Office of the Sheriff • 467 Cheshire Road • Pittsfield, MA 01201 • 413-443-6841**

**Berkshire, ss.**

December 17, 2003

I hereby certify and return that on 12/17/2003 at 9:25 AM I served a true and attested copy of the Summons, Complaint & Demand for Jury Trial, Civil Action Cover Sheet in this action in the following manner: To wit, by delivering in hand to Jacqueline Powers at 60 Kenwood Street, Pittsfield, MA 01201 .Attestation ($5.00), Conveyance ($1.50), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($22.70) Total Charges $60.20

Deputy Sheriff. Ronald J. Marcella, Sr.

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.