UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-30298 - MAP

| | |
|---|---|
| JAMES TULGAN,<br>   Plaintiff<br><br>V<br><br>BERKSHIRE ARMORED CAR,<br>SERVICES CO., INC. PROFIT SHARING<br>PLAN, BERKSHIRE ARMORED CAR<br>SERVICES CO., INC., GERARD S.<br>REDER AND JACQUELINE POWERS,<br>   Defendants | DEFENDANT<br>JACQUELINE POWERS'<br>ANSWER AND<br>DEMAND FOR JURY TRIAL |

NOW comes the Defendant, Jacqueline Powers' (hereinafter referred to as the "Powers") in the above entitled matter and submits her Answer and Demand For Jury Trial To the Complaint of James Tulgan (hereinafter refered to as "Tulgan"):

1. Defendant Powers is without information sufficient to form a belief as to the truth or veracity of the allegations contained in Paragraph 1 of the Complaint.

2. Defendant Powers is without information sufficient to form a belief as to the truth or veracity of the allegations contained in Paragraph 2 of the Complaint.

3. Defendant Powers is without information sufficient to form a belief as to the truth or veracity of the allegations contained in Paragraph 3 of the Complaint.

4. Defendant Powers is without information sufficient to form a belief as to the truth or veracity of the allegations contained in Paragraph 4 of the Complaint.

5. Defendant Powers denies the allegations contained in Paragraph 5 of the Complaint.

6. Defendant Powers denies the allegations contained in Paragraph 6 of the Complaint.

7. Defendant Powers denies the allegations contained in Paragraph 7 of the Complaint.

8. Defendant Powers denies the allegations contained in Paragraph 8 of the Complaint.

9. No Answer required.

10. Defendant Powers denies the allegations contained in Paragraph 10 of the Complaint.

11. No Answer required.

12. Defendant Powers denies the allegations contained in Paragraph 12 of the Complaint.

13. No Answer required.

14. Defendant Powers denies the allegations contained in Paragraph 14 of the Complaint.

15. No Answer required.

16. Defendant Powers denies the allegations contained in Paragraph 16 of the Complaint.

WHEREFORE, Defendant, Jacqueline Powers demands that the Complaint be dismissed, and for there to be an order awarded it for attorney's fees, interest and costs.

## SECOND DEFENSE

The Plaintiff has failed to state a claim upon which relief may be granted.

## THIRD DEFENSE

The Plaintiff has failed to bring his action against the Defendants within the applicable Federal and State Statute of limitations.

## FOURTH DEFENSE

The Plaintiff waived all actions including those described in its Complaint against the Defendants.

## FIFTH DEFENSE

The Defendants have paid all monies due and owing the Plaintiff that were required by Federal or Massachusetts law including, but not limited to, those required under the Plaintiff's pension plan.

## SIXTH DEFENSE

Any obligations of the Defendants to the Plaintiff on account of the Plaintiff's employment and/or pension plan have been satisfied.

## SEVENTH DEFENSE

The Plaintiff's rights and/or benefits in the Berkshire Profit Sharing Plan had not vested; therefore, the Plaintiff obtained no rights and remedies under ERISA or other Federal or State law.

## EIGHTH DEFENSE

The Plaintiff forfeited whatever and/or remedies he obtained under ERISA or any other applicable Federal or State law.

## NINTH DEFENSE

Plaintiff's action against the Defendants is preempted by Massachusetts law; therefore, Plaintiff's action should be dismissed.

## TENTH DEFENSE

The Plaintiff voluntarily quit from his employment with Berkshire Armored Car Services Co., Inc., for a period in excess of one (1) year, when his benefits were not vested; therefore, the Plaintiff lost whatever credit he arguably obtained prior to his rehire. Accordingly, Plaintiff's benefits with the plan were not vested.

**The Defendant Jacqueline Powers demands a trial by jury in all issues herein.**

Dated: January 6, 2004

*Jacqueline C. Powers*
Jacqueline Powers
60 Kenwood Avenue
Pittsfield, MA 01201
(413) 448-2017

## CERTIFICATE OF SERVICE

I, Jacqueline Powers hereby certify that I have on this 6th day of January, 2004, served the within Defendant Jacqueline's Answer and Demand For Jury Trial, by mailing same to Robert L. Leonard, Esq., Doherty Wallace Pillsbury and Murphy, One Monarch Place, Suite 1900, Springfield, MA 01144, by first class mail, postage prepaid.

*Jacqueline C. Powers*
Jacqueline Powers