UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03 30298 MAP

| | |
|---|---|
| JAMES TULGAN,<br>  Plaintiff<br><br>v.<br><br>BERKSHIRE ARMORED CAR SERVICES CO., INC. PROFIT SHARING PLAN, BERKSHIRE ARMORED CAR SERVICES CO., INC., GERARD S. REDER AND JACQUELINE POWERS<br><br>  Defendants | JOINT STATEMENT CONCERNING PRETRIAL SCHEDULE |

The plaintiff and all the defendants except Jacqueline Powers are represented by attorneys. Ms. Powers has filed a pro se answer. Ms. Powers has been sent a copy of this Joint Statement and asked to submit in writing to both attorneys her desires concerning the matters covered by this statement.

The plaintiff and defendants represented by Attorney Houghton state and propose the following:

1. That discovery not be phased and that all discovery be completed within six months of the scheduling conference;

2. All motions to be filed within 30 days after the close of discovery with responses due within 30 days after service of the motion on the parties.

217808-1

3.  Attached hereto are certifications of consultation between counsel and client concerning litigation costs and settlement alternatives.

The Plaintiff

*(signature)*

Robert L. Leonard, Esq.
Doherty, Wallace, Pillsbury
 & Murphy, P.C.
One Monarch Place
Suite 1900
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910
BBO # 294060

The Defendants,
Berkshire Armored Car Services
Co., Inc. Profit Sharing Plan,
Berkshire Armored Car Services
Co., Inc. and
Gerard S. Redcor

*(signature)*

Jack E. Houghton, Jr., Esq.
78 Bartlett Avenue
Pittsfield, MA 01201
Tel: (413) 447-7385
Fax: (413) 445-4296

*(signature)*

Jacqueline Powers
Pro Se
60 Kenwood Street
Pittsfield, MA 01201