UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03 30298 MAP

JAMES TULGAN,
    Plaintiff

v.

BERKSHIRE ARMORED CAR
SERVICES CO., INC. PROFIT SHARING
PLAN, BERKSHIRE ARMORED CAR
SERVICES CO., INC., GERARD S.
REDER AND JACQUELINE POWERS

    Defendants

CERTIFICATION OF CONSULTATION

James Tulgan, the plaintiff in this action, and Robert L. Leonard, his attorney, certify that they have conferred with a view of establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
James Tulgan
53 Edison Avenue
Pittsfield, MA 01201

The Plaintiff

_____
Robert L. Leonard, Esq.
Doherty, Wallace, Pillsbury
  & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910
BBO # 294060

217809-1

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-30298 - MAP

JAMES TULGAN,
        Plaintiff

v

BERKSHIRE ARMORED CAR,
SERVICES CO., INC. PROFIT SHARING
PLAN, BERKSHIRE ARMORED CAR
SERVICES CO., INC., GERARD S.
REDER AND JACQUELINE POWERS,
        Defendants

CERTIFICATION OF CONSULTATION

    Berkshire Armored Car Services Co, Inc. Profit Sharing Plan, Berkshire Armored Car, Services Co., Inc., and Gerard S. Reder, the Defendants in the above entitled action, and their attorney, Jack E. Houghton, Jr. certify that they have conferred with a view of establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

 

_____
Gerard S. Reder

The Defendants:
Berkshire Armored Car Services Co., Inc.
Profit Sharing Plan,
Berkshire Armored Car Services, Co, Inc.
Gerard S. Reder

_____
Jack E. Houghton, Jr.
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
B.B.O. # 241040