UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES TULGAN,<br>　　　　Plaintiff<br><br>　　　v.<br><br><br>BERKSHIRE ARMORED CAR,<br>SERVICES CO., INC. PROFIT<br>SHARING PLAN, BERKSHIRE<br>ARMORED CAR SERVICES, INC.,<br>GERARD S. REDER and<br>JACQUELINE POWERS,<br>　　　　Defendants | Civil Action No. 03-30298-MAP |

SCHEDULING ORDER
March 25, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held on March 24, 2004:

1. All discovery shall be completed by September 23, 2004.

2. Counsel shall appear for a case management conference on September 27, 2004, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Case 3:03-cv-30298-MAP    Document 15    Filed 03/25/2004    Page 2 of 2