UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES TULGAN, )
        Plaintiff )
)
v. ) Civil Action No. 03-30298-MAP
)
)
BERKSHIRE ARMORED CAR, )
SERVICES CO., INC. PROFIT )
SHARING PLAN, BERKSHIRE )
ARMORED CAR SERVICES, INC., )
GERARD S. REDER and )
JACQUELINE POWERS, )
        Defendants )

REVISED SCHEDULING ORDER
September 1, 2004

NEIMAN, U.S.M.J.

The court hereby ALLOWS the Joint Motion to Extend Discovery (Document No. 16) and revises the schedule as follows:

1. All discovery shall be completed by November 8, 2004.

2. Counsel shall appear for a case management conference on November 15, 2004, at 2:00 p.m. in Courtroom Three. The September 27, 2004 conference is hereby cancelled.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge