UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-30298 - MAP

| | |
|---|---|
| JAMES TULGAN,<br>            Plaintiff<br><br>V<br><br>BERKSHIRE ARMORED CAR,<br>SERVICES CO., INC. PROFIT SHARING<br>PLAN, BERKSHIRE ARMORED CAR<br>SERVICES CO., INC., GERARD S.<br>REDER AND JACQUELINE POWERS,<br>            Defendants | SUGGESTION OF<br>BANKRUPTCY |

Now comes the Defendant, Jacqueline Powers in the above entitled action and suggests to this Honorable Court that she has filed a Chapter 7 petition in bankruptcy on April 4, 2002, in the United States Bankruptcy Court for the District of Massachusetts, Docket #02-42194-HJB, and that it was duly adjudicated a bankrupt in accordance with the United States Bankruptcy Code, and that said bankruptcy proceedings are still pending.

Wherefore, the Jacqueline Powers, moves that the above entitled action be dismissed.

_____
Jacqueline Powers, Defendant
60 Kenwood Street
Pittsfield, MA 01201

**CERTIFICATE OF SERVICE**

I, Jacqueline Powers hereby certify that I have on this 8 day of November, 2004, I served the within Suggestion of Bankruptcy, by mailing same to Robert L. Leonard, Esq., Doherty Wallace Pillsbury and Murphy, One Monarch Place, Suite 1900, Springfield, MA 01144 , by first class mail, postage prepaid.

_____
Jacqueline Powers