AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JAMES TULGAN

V.

BERKSHIRE ARMORED CAR SVCS.

**NOTICE**

CASE NUMBER: 03-30298-MAP

TYPE OF CASE:

☒ **CIVIL**    **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

INITIAL SCHEDULING CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **November 15, 2004 at 2:00 p.m.** | **December 2, 2004 at 11:30 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 10, 2004                         /s/ *Bethaney A. Healy*

DATE                                              (BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD