○ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

JAMES TULGAN

**NOTICE**

V.

BERKSHIRE ARMORED CAR SVCS.    CASE NUMBER:  03-30298-MAP

TYPE OF CASE:

: **CIVIL**          **CRIMINAL**

9  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

INITIAL SCHEDULING CONFERENCE

:  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **December 2, 2004 at 11:30 a.m.** | **December 8, 2004, at 10:30 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 22, 2004                     /s/ *Bethaney A. Healy*
DATE                                  (BY) DEPUTY CLERK

TO:    ALL  COUNSEL OF RECORD