UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-30298 - MAP

JAMES TULGAN,
        Plaintiff

V

BERKSHIRE ARMORED CAR, SERVICES CO., INC. PROFIT SHARING PLAN, BERKSHIRE ARMORED CAR SERVICES CO., INC., GERARD S. REDER AND JACQUELINE POWERS,
        Defendants

DEFENDANT'S MOTION TO CONTINUE AND RESCHEDULE INITIAL SCHEDULING CONFERENCE

    NOW comes Counsel for the Defendants, Berkshire Armored Car, Services Co., Inc. Profit Sharing Plan, and Gerard S. Reder in the above-entitled matter and respectfully moves this Honorable Court to CONTINUE and RESCHEDULE the hearing on the Initial Scheduling Conference set for December 8, 2004 at 10:30 a.m. in Springfield. For reasons, Counsel for the Defendants Berkshire Armored Car, Services Co., Inc. Profit Sharing Plan, Berkshire Armored Car Services Co., Inc., and Gerard S. Reder states that he has been subpoenaed as a witness in a criminal matter which is scheduled to be heard at the United States District Court in Boston beginning on Monday, December 6, 2004, but is expected to take approximately two weeks to complete. Counsel is required to attend same, every day, until completion. A copy of the subpoena is attached hereto and marked Exhibit "A".

    WHEREFORE, Counsel for the Defendants respectfully requests this Honorable Court to CONTINUE and RESCHEDULE the Initial Scheduling Conference to a date after December 20, 2004.

Respectfully submitted,
Berkshire Armored Car, Services Co., Inc., Profit Sharing Plan, Berkshire Armored Car Services Co., Inc., and Gerard S. Reder
By their Attorney:

Date: December 1, 2004

Jack E. Houghton, Jr.
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
B.B.O. # 241040

## RULE 7.01 (A) (3) CERTIFICATION

I, Jack E. Houghton, Jr., counsel for the Defendants, Berkshire Armored Car, Services Co., Inc., Profit Sharing Plan, Berkshire Armored Car Services Co., Inc., and Gerard S. Reder on oath depose and say that, pursuant to Rule 7.1 (A) (3) of the Local Rules of the United States, District Court for the District of Massachusetts, do hereby certify that, previous to the filing of this motion, I attempted in good faith to resolve this Motion To Continue And For Rescheduling Of The Initial Scheduling Conference, by forwarding a copy of same, together with a letter, to Robert L. Leonard, Esq. of Doherty Wallace Pillsbury & Murphy, One Monarch Place, Suite 1900, Springfield, MA 01144-1900, Attorney for the Plaintiff, requesting that he assent to the motion on the grounds that I was unavailable to attend the initial scheduling conference set for December 8, 2004. For whatever reason, Attorney Leonard refused and/or neglected to agree to same; hence, my need to file this Motion with the District Court.

Jack E. Houghton, Jr.

## CERTIFICATE OF SERVICE

I, Jack E. Houghton, Jr. hereby certify that I have on this 1st day of December, 2004, served the within Defendants' Motion To Continue And Reschedule Initial Scheduling Conference, by mailing same to Robert L. Leonard, Esq., Doherty Wallace Pillsbury and Murphy, One Monarch Place, Suite 1900, Springfield, MA 01144, and Jacqueline Powers, 60 Kenwood Avenue, Pittsfield, MA 01201 by first class mail, postage prepaid.

Jack E. Houghton, Jr.

US ATTORNEY OFFICE ECONOMIC CRIMES UNIT   6177483960        T-900   P.003/003   F-087

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

JOHN CHOQUETTE, JR.,

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 03-40027-NMG

TO: Jack E. Houghton, Jr., Esq.

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | No. 4, 3rd Floor<br>Judge Gorton's Session |
| | DATE AND TIME |
| | Monday, December 6, 2004<br>9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Witness travel & reimbursement instruction are attached. Call Witness Coordinator, Amy Jones at (617) 748-3153, if you have any questions. For after business hour emergencies, call (617) 748-3100.

(SEE ADDITION ON REVERSE SIDE)

MAGISTRATE JUDGE OR CLERK OF COURT

Deputy Clerk

DATE: November 3, 2004

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

MARK J. BALTHAZARD
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210   Tel: (617) 748-3208

AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __MASSACHUSETTS__

JAMES TULGAN

V.  **NOTICE**

BERKSHIRE ARMORED CAR SVCS.

CASE NUMBER: 03-30298-MAP

TYPE OF CASE:

☒ CIVIL   ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, Massachusetts 01103 | Courtroom Three |
| TYPE OF PROCEEDING | DATE AND TIME |

INITIAL SCHEDULING CONFERENCE

☒ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | December 2, 2004 at 11:30 a.m. | December 8, 2004, at 10:30 a.m. |

WILLIAM RUANE

November 22, 2004
DATE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

/s/ Bethaney A. Healy
(BY) DEPUTY CLERK

TO: ALL COUNSEL OF RECORD