UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES TULGAN,<br>          Plaintiff | )<br>)<br>) | |
| v. | ) | Civil Action No.  03-30298-MAP |
| | )<br>) | |
| BERKSHIRE ARMORED CAR<br>SERVICES CO., INC. PROFIT<br>SHARING PLAN, BERKSHIRE<br>ARMORED CAR SERVICES CO., INC.,<br>GERARD S. REDER and<br>JACQUELINE POWERS,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | |

SCHEDULING ORDER
December 22, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiff shall file his motion to compel, if any, by January 14, 2005, to which Defendants shall respond by January 24, 2005.

2. If no motion to compel is filed, the parties shall file their motions for summary judgment by January 28, 2005, and/or individually inform the court in writing that no such motion will be filed.

3. If a motion for summary judgment is filed, it shall be opposed by February 11, 2005.

4. If no motion for summary judgment is filed, counsel shall appear for a final

pretrial conference on March 15, 2005, at 2:30 p.m. in Courtroom One.

Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: December 22, 2004

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge