UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 03CV30298-MAP

JAMES TULGAN,
        Plaintiff

v.

BERKSHIRE ARMORED CAR SERVICES CO., INC. PROFIT SHARING PLAN, BERKSHIRE ARMORED CAR SERVICES CO., INC., GERARD S. REDER and JACQUELINE POWERS
        Defendants

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIMS OF THE DEFENDANTS

    The plaintiff moves the Court to enter summary judgment in his favor on all the counterclaims of the defendants for the reasons stated in the attached memorandum. All the relevant facts, with supporting material, are included in the Plaintiff's Statement of Uncontroverted Facts which is attached to the memorandum as Exhibit A. The affidavit of the plaintiff is attached to the memorandum as Exhibit B.

The Plaintiff,
By his Attorney,

*[signature]*

Robert L. Leonard, Esquire
Doherty, Wallace, Pillsbury
& Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA  01144-1900
Tel: (413) 733-3111
Fax: (413) 734-3910
B.B.O. Number:  294060

255721-1

## CERTIFICATE OF SERVICE

I, Robert L. Leonard, Esq., hereby certify that on January 28, 2005, I served a copy of the foregoing on the parties to the case by mailing a copy of same to:

Jack E. Houghton, Jr., Esq.
78 Bartlett Avenue
Pittsfield, MA 01201

_____
Robert L. Leonard, Esq.