# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL: DWPM@DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY*
KAREN K. CHADWELL*†
JOHN E. BONINI*
MICHAEL J. BONANNO*

SAMUEL A. MARSELLA
MATTHEW J. RYAN, JR.
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1995)
ROBERT E. MURPHY
(1919-2003)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

August 24, 2004

<u>VIA HAND DELIVERY</u>



PLAINTIFF'S
EXHIBIT
GSR 1
10-5-04

Jack E. Houghton, Esq.
78 Bartlett Avenue
Pittsfield, MA 01201

Re:    James Tulgan v. Berkshire Armored Car Services Co., Inc. Profit Sharing Plan, et als
       Civil Action No. 03 30298 MAP

Dear Attorney Houghton:

Enclosed please find the following documents regarding the above captioned case.

1.    Notice of Taking Deposition of Defendant Gerard S. Reder which has been
      scheduled for September 15, 2004 at 10 a.m. at the offices of Doherty, Wallace,
      Pillsbury & Murphy;

2.    Notice of Taking Deposition of Defendant Berkshire Armored Car Services Co.,
      Inc. Profit Sharing Plan which has been scheduled for September 16, 2004 at 10
      a.m. at the offices of Doherty, Wallace, Pillsbury & Murphy;

3.    Notice of Taking Deposition of Defendant Berkshire Armored Car Services Co.,
      Inc. which has been scheduled for September 16, 2004 at 1 p.m. at the offices of
      Doherty, Wallace, Pillsbury & Murphy;

4.    Notice of Taking Deposition of Defendant Jacqueline Powers which has been
      scheduled for September 16, 2004 at 3 p.m. at the offices of Doherty, Wallace,
      Pillsbury & Murphy;

5.    Plaintiff's Request for Production of Documents to the Defendant Berkshire
      Armored Car Services Co., Inc. Profit Sharing Plan;

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

Jack E. Houghton, Esq.
August 24, 2004
Page 2

6.    Plaintiff's Request for Production of Documents to the Defendant Berkshire
      Armored Car Services Co., Inc.; and

7.    Plaintiff's Request for Production of Documents to the Defendant Gerard S.
      Reder.

Very truly yours,

Robert L. Leonard

RLL/tas

Enclosures

*[handwritten] ependies only rc'd to Phillips*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 03CV30298-MAP

JAMES TULGAN,
           Plaintiff

v.

BERKSHIRE ARMORED CAR SERVICES
CO., INC. PROFIT SHARING PLAN,
BERKSHIRE ARMORED CAR SERVICES
CO., INC., GERARD S. REDER and
JACQUELINE POWERS
           Defendants

NOTICE OF TAKING DEPOSITION
OF DEFENDANT GERARD S.
REDER

To:    Jack E. Houghton, Jr., Esq.
       78 Bartlett Avenue
       Pittsfield, MA 01201

Please take notice that commencing at **10 a.m.** on **September 15, 2004** at the offices of

Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, Springfield,

Massachusetts, 01144-1900, the plaintiff in this action by his attorney will take the deposition

upon oral examination of the defendant **Gerard S. Reder** pursuant to Federal. R. Civ. P. 30

before Philbin & Associates, Notary Public in and for the Commonwealth of Massachusetts, or

some other officer authorized by law to administer oaths. The oral examination will continue

from day to day until completed.

You are invited to attend and cross examine.

Dated: August 24, 2004

The Plaintiff
By his Attorney

Robert L. Leonard , Esquire
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA  01144-1900
Tel:  (413) 733-3111
Fax:  (413) 734-3910

cc:    Philbin & Associates

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 03CV30298-MAP

| | |
|---|---|
| JAMES TULGAN,<br>          Plaintiff<br><br>v.<br><br>BERKSHIRE ARMORED CAR SERVICES<br>CO., INC. PROFIT SHARING PLAN,<br>BERKSHIRE ARMORED CAR SERVICES<br>CO., INC., GERARD S. REDER and<br>JACQUELINE POWERS<br>          Defendants | NOTICE OF TAKING DEPOSITION<br>OF DEFENDANT BERKSHIRE<br>ARMORED CAR SERVICES CO.,<br>INC. PROFIT SHARING PLAN |

To:    Jack E. Houghton, Jr., Esq.
       78 Bartlett Avenue
       Pittsfield, MA  01201

Please take notice that commencing at **10 a.m.** on **September 16, 2004** at the offices of

Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, Springfield,

Massachusetts, 01144-1900, the plaintiff in this action by his attorney will take the deposition

upon oral examination of the defendant **Berkshire Armored Car Services Co., Inc. Profit**

**Sharing Plan** pursuant to Federal. R. Civ. P. 30 before Philbin & Associates, Notary Public in

and for the Commonwealth of Massachusetts, or some other officer authorized by law to

administer oaths. The oral examination will continue from day to day until completed.

Please note the requirement to designate representative pursuant to Federal Rule Civ. P.

30(b)(6).

You are invited to attend and cross examine.

Dated:  August 24, 2004

The Plaintiff
By his Attorney

Robert L. Leonard , Esquire
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA  01144-1900
Tel:  (413) 733-3111
Fax:   (413) 734-3910

cc:     Philbin & Associates

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 03CV30298-MAP

JAMES TULGAN,
                    Plaintiff

v.

BERKSHIRE ARMORED CAR SERVICES
CO., INC. PROFIT SHARING PLAN,
BERKSHIRE ARMORED CAR SERVICES
CO., INC., GERARD S. REDER and
JACQUELINE POWERS
                    Defendants

NOTICE OF TAKING DEPOSITION
OF DEFENDANT BERKSHIRE
ARMORED CAR SERVICES CO.,
INC.

To:     Jack E. Houghton, Jr., Esq.
        78 Bartlett Avenue
        Pittsfield, MA  01201

        Please take notice that commencing at **1 p.m.** on **September 16, 2004** at the offices of

Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, Springfield,

Massachusetts, 01144-1900, the plaintiff in this action by his attorney will take the deposition

upon oral examination of the defendant **Berkshire Armored Car Services Co., Inc.** pursuant to

Federal. R. Civ. P. 30 before Philbin & Associates, Notary Public in and for the Commonwealth

of Massachusetts, or some other officer authorized by law to administer oaths.  The oral

examination will continue from day to day until completed.

        Please note the requirement to designate representative pursuant to Federal Rule Civ. P.

30(b)(6).

You are invited to attend and cross examine.

Dated:  August 24, 2004

                                    The Plaintiff
                                    By his Attorney


                                    Robert L. Leonard , Esquire
                                    Doherty, Wallace, Pillsbury & Murphy, P.C.
                                    One Monarch Place, Suite 1900
                                    Springfield, MA  01144-1900
                                    Tel:  (413) 733-3111
                                    Fax:   (413) 734-3910


cc:     Philbin & Associates

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 03CV30298-MAP

| | |
|---|---|
| JAMES TULGAN,<br>            Plaintiff<br><br>v.<br><br>BERKSHIRE ARMORED CAR SERVICES<br>CO., INC. PROFIT SHARING PLAN,<br>BERKSHIRE ARMORED CAR SERVICES<br>CO., INC., GERARD S. REDER and<br>JACQUELINE POWERS<br>            Defendants | NOTICE OF TAKING DEPOSITION<br>OF DEFENDANT JACQUELINE<br>POWERS |

To:    Jack E. Houghton, Jr., Esq.
       78 Bartlett Avenue
       Pittsfield, MA  01201

Please take notice that commencing at **3 p.m.** on **September 16, 2004** at the offices of

Doherty, Wallace, Pillsbury & Murphy, P.C., One Monarch Place, Suite 1900, Springfield,

Massachusetts, 01144-1900, the plaintiff in this action by his attorney will take the deposition

upon oral examination of the defendant **Jacqueline Powers** pursuant to Federal. R. Civ. P. 30

before Philbin & Associates, Notary Public in and for the Commonwealth of Massachusetts, or

some other officer authorized by law to administer oaths.  The oral examination will continue

from day to day until completed.

You are invited to attend and cross examine.

Dated:  August 24, 2004

                                            The Plaintiff
                                            By his Attorney

                                            Robert L. Leonard , Esquire
                                            Doherty, Wallace, Pillsbury & Murphy, P.C.
                                            One Monarch Place, Suite 1900
                                            Springfield, MA  01144-1900
                                            Tel:  (413) 733-3111
                                            Fax:   (413) 734-3910

cc:     Philbin & Associates

Jim Turgan

© WILSON JONES COMPANY    G7506 ColumnWrite

| | | | Owes BAC | | Paid BAC | | Balanc |
|---|---|---|---|---|---|---|---|
| Total Due | | | | | | | 19182 |
| | 7/91 | | | | 1200 — | | 17982 |
| | 8/91 | | | | 2400 — | | 15582 |
| | 9/91 | | | | 1200 — | | 14382 |
| | 9/91 | | | | 80458 | | 13577 |
| | 11/91 | | 2442.67 | | | | 16.0203 |
| | 12/91 | | 816.98 | | | | 16.8373 |
| | 1/92 | | | | 161484 | | 15.2225 |
| | 2/92 | | 142185 | | | | 16.6243 |
| | 3/92 | | 895 — | | | | 17.5893 |

PLAINTIFF'S
EXHIBIT
GSR 11
10-5-04   n.L

HAS DONE 500 IN A DAY I PROPOSE PAYING HIM .125¢ A BOX.

BOTH KEN + ROGER ARE MATCHING OR BEATING MY QUOTA EXPECTATIONS AND I AM HAPPY WITH BOTH. I FEEL THAT PIECE WORK SHOULD INCREASE THIER PRODUCTI EVEN MORE.

BERKSHIRE ARMORED CAR SERVICES, INC.
SPRINGFIELD COIN ROOM
JANUARY 1, 1991 TO SEPTEMBER 30, 1991

TOTAL DUE @ .018                                                    $ 144,934.20

EXPENSES PAID
  Jim Tulgan Salary                    $ 52,118.44
  Other Salaries                         28,292.18
  Payroll Taxes                           8,671.54
  Workers Comp Insurance                    558.56
  Health Insurance                        4,460.41
  Supplies & Other Expenses              44,898.29
  Equipment Loan                         14,400.00

      TOTAL EXPENSES PAID                                            153,399.42

AMOUNT OVERPAID                                                        8,465.22

OCTOBER 1, 1991 INVENTORY                                              2,804.58

TOTAL DUE                                                          $  11,269.80

<u>ATTENTION : JACKIE</u> →

| | BOXES | PAPER |
|---|---|---|
| Q | 1200 + 100 + 50<br>1400<br>1200  (3950) | 11 CASES  + 6 ROLLS<br>(94 ROLLS) |
| D | 2400<br>250  (2650) | 11 CASES  + 5 ROLL<br>(93 ROLLS) |
| N | 1200  (1200) | 9 CASES + 5 ROLLS<br>(77 ROLLS) |
| P | 1800  (1800) | 6 CASES  + 6 A ROLL<br>(54 ROLLS) |

SUPPLY ) INV. AS OF

10/1/91.

BOXES
Q - 178 ✓    PAPER 382
D - 144 ✓    A ROLL.
N - 175 ✓
P - 157 ✓

BAC
1990 SPRINGFIELD COIN

1990 PAYROLL

| | | |
|---|---|---|
| Jim Tulgan | $58,746.96 | |
| Coin Rolling | 32,729.12 | $91,476.08 |

PAYROLL TAXES

| | | |
|---|---|---|
| Jim FICA | 3,924.45 | |
| Other FICA | 2,503.78 | |
| Jim UT | 378.00 | |
| Other UT | 864.00 | 7,670.23 |

WORKERS COMP INSURANCE                          341.94

HEALTH INS (2weeks) & JIM                       3,474.96

EXPENSES                                       65,094.38

EQUIPMENT LOAN                                  28,800.00

TOTAL AMOUNT PAID BY BAC                       $196,857.59

LESS: AMOUNT DUE                               188,945.10

AMOUNT OVERPAID                               $   7,912.49

5

SCR    10-1-91    Inventory

Quarter Boxes    3,950  @ 178.00/m    = # 703.10
Dime Boxes    2,650  @ 144.00/m    = 381.60
Nickel Boxes    1,200  @ 175.00/m    = 210.00
Penny Boxes    1,800  @ 152.00/m    = 273.60

Quarter Paper    11 cases @ 31.10/cs    6 rolls @ 3.89 =    365.4
Dime Paper    11 cases @ 31.10/cs    5 rolls @ 3.89 =    361.55
Nickel Paper    9 cases @ 31.10/cs    5 rolls @ 3.89 =    299.35
Penny Paper    6 cases @ 31.10/cs    6 rolls @ 3.89 =    209.94

                    # 2,804.58
10/28    —    804.58
                    2000.00

BANK OF BOSTON
ROLLED INVENTORY

2

| 1991 | QUARTERS | DIMES | NICKELS | PENNIES | | TOTAL ROLLS |
|---|---|---|---|---|---|---|
| AUG SHIPPED TO FED | 255000 - | 40000 - | 20000 - | 198000 - | | 532900 - |
| PD OUT - FRBB | <265300-> | <13000-> | <73900-> | <189900-> | | 513000 - |
| AUGUST TOTAL | | | | | BC OK | <642100-> |
| SEPT SHIPPED TO FED | 170000 - | 56000 - | 25000 - | 90000 - | | 40,800 - |
| PD OUT - FRBB | <168500-> | <63800-> | <43000-> | <110600-> | | 341000 - |
| SEPTEMBER TOTAL | | | | | | <385900-> |
| Sept 9/27 MAINE ARMORED | <5000-> | <8000-> | <5000-> | <6000-> | | 354900 - |
| 9/27 MANCHESTER SECURITY | <15000-> | — 0 — | — 0 — | — 0 — | | <24000-> |
| | | | | | | <15000-> |
| 10/1 MANCHESTER SECURITY | <15000-> | — 0 — | — 0 — | — 0 — | | 315900 - |
| | | | | | | <15000-> |
| 10/2 MAINE ARMORED | <5000-> | — 0 — | — 0 — | <6000-> | | 308900 - |
| | | | | | | <11000-> |
| 10/4 MAINE ARMORED | <5000-> | — 0 — | — 0 — | <6000-> | | 341900 - |
| | | | | | | <11000-> |
| 10/9 MAINE ARMORED | <5000-> | — 0 — | — 0 — | — 0 — | | 250900 - |
| | | | | | | <5000-> |
| 10/11 MAINE ARMORED | — 0 — | <8000-> | <5000-> | — 0 — | | 275900 - |
| | | | | | | <13000-> |
| 10/18 MAINE ARMORED | <5000-> | — 0 — | — 0 — | — 0 — | | 312900 - |
| | | | | | | <5000-> |
| 10/25 MAINE ARMORED | <10000-> | — 0 — | — 0 — | <6000-> | | 857900 - |
| | | | | | | <16000-> |
| 11/1 MAINE ARMORED | <10000-> | — 0 — | — 0 — | <6000-> | | 341900 - |
| | | | | | | <16000-> |
| 11/8 MAINE ARMORED | — 0 — | — 0 — | <5000-> | <6000-> | | 385900 - |
| 11/13 | | | | | | <11000-> |
| 11/15 MAINE ARMORED | <5000-> | <8000-> | — 0 — | — 0 — | | 244900 - |
| | | | | | | <13000-> |
| 11/18 MAINE ARMORED | <10000-> | | | | | 201900 - |
| | | | | | | <10000-> |
| 11/25 MAINE ARMORED | | | | <6000-> | | 191900 - |
| | | | | | | <6000-> |
| 12/6 MAINE ARMORED | | | | <12000-> | | 185900 - |
| | | | | | | <12700> |
| 11/13 MAINE | <5000> | <8000> | <5000> | <12000> | | 173,200 |
| | | | | | | <30,000> |
| 11/15 | | | | <6000> | | 143,200 |
| 11/18 | | | | <12,000> | | <6,000> |
| | | | | | | 37,200 |
| | | | | | | <12,000> |

BERKSHIRE ARMORED CAR SERVICES, INC.
SPRINGFIELD COIN ROOM
JANUARY 1, 1990 TO SEPTEMBER 30, 1991

|  | 1990 | 1991 | Total |
|---|---|---|---|
| TOTAL DUE @ .018 | $ 188,945.10 | $ 144,934.20 | $ 333,879.30 |
| EXPENSES PAID |  |  |  |
| Jim Tulgan Salary | 58,746.96 | 52,118.44 | 110,865.40 |
| Other Salaries | 32,729.12 | 28,292.18 | 61,021.30 |
| Payroll Taxes | 7,670.23 | 8,671.54 | 16,341.77 |
| Workers Comp Insurance | 341.94 | 558.56 | 900.50 |
| Health Insurance | 3,474.96 | 4,460.41 | 7,935.37 |
| Supplies & Other Expenses | 65,094.38 | 44,898.29 | 109,992.67 |
| Equipment Loan | 28,800.00 | 14,400.00 | 43,200.00 |
| TOTAL EXPENSES PAID | 196,857.59 | 153,399.42 | 350,257.01 |
| AMOUNT OVERPAID | 7,912.49 | 8,465.22 | 16,377.71 |
| OCTOBER 1, 1991 INVENTORY |  |  | 2,804.58 |
| TOTAL DUE AT SEPTEMBER 30, 1991 |  |  | $ 19,182.29 |

wrapping machines / box by machine
target 500 per day / $62.50

EN

| DATE | BOXES DONE | PIECEWORK DONE .125 ea | ACTUAL HOURLY WAGE/WK | DIFF |
|---|---|---|---|---|
| 7/17 | 280 | 35.00 | 50.00 | −15.00 |
| 7/18 | 324 | 40.50 | 50.00 | − 9.50 |
| 7/19 | 300 | 37.50 | 25.00 | +12.50 |
| 7/20 | 106 | 13.25 | 50.00 | −36.75 |
| 7/21 | 200 | 25.00 | 50.00 | −25.00 |
| week total | 1210 | 151.25 | (36) 225.00 | −73.75 |
| 7/24 | 164 | 20.50 | 40.62 | −20.12 |
| 7/25 | 408 | 51.00 | 50.00 | + 1.00 |
| 7/26 | 100 | 12.50 | 18.75 | − 6.25 |
| 7/27 | 464 | 58.00 | 50.00 | + 8.00 |
| 7/28 | 408 | 51.00 | 50.00 | + 1.00 |
| 7/29 | 200 | 25.00 | 25.00 | −− |
| ek total | 1744 | 218.00 | (37.5) 234.38 | −16.38 |
| 7/31 | 200 | 25.00 | 40.62 | −15.62 |
| 8/1 | 480 | 60.00 | 56.25 | + 3.75 |
| 8/2 | 480 | 60.00 | 56.25 | + 3.75 |
| 8/3 | 360 | 45.00 | 50.00 | − 5.00 |
| 8/4 | 412 | 51.50 | 50.00 | + 1.50 |
| eek total | 1932 | 241.50 | (40.5) 253.13 | −11.62 |
| 8/7 | 400 | 50.00 | 50.00 | − |
| 8/8 | 400 | 50.00 | 50.00 | − |
| 8/9 | 480 | 60.00 | 50.00 | +10.00 |
| 8/10 | 504 | 63.00 | 56.25 | + 6.75 |
| 8/11 | 440 | 55.00 | 53.12 | + 1.88 |
| ek total | 2224 | 278.00 | (41.5) 259.37 | +18.63 |

9

:EN

| DATE | BOXES DONE | PIECEWORK at .125 | HOURLY | DIFF |
|---|---|---|---|---|
| 8/14 | 100 | 12.50 | 34.37 | -21.87 |
| 8/15 | 350 | 43.75 | 50.00 | - 6.25 |
| 8/16 | 372 | 46.50 | 50.00 | - 3.50 |
| 8/17 | 484 | 60.50 | 56.25 | + 4.25 |
| 8/18 | 462 | 57.75 | 54.68 | + 3.07 |
| eek total | 1771 | 221.00 | (39.25) 245.30 | -24.30 |
| ; WEEK OTAL | 8881 | 1,109.75 | (194.75) 1217.18 | -10⁷.42 |

HRLY WAGE BY
PIECEWORK   $5.69

Avg 45 boxes per hour

10

KEN

OTHER OPTIONS

AT .135

TOTAL BOXES    8881 X .135 = 1198.93

ACTUAL    1217.18

DIFF    - 18.25

AUG. HRLY WAGE    6.15

T .1375

TOTAL BOXES    8881 X .1375 = 1221.13

ACTUAL    1217.18

DIFF.    + 3.95

AUG. HRLY WAGE    6.27

T .14

TOTAL BOXES    8881 X .14 = 1243.34

ACTUAL    1217.18

+ 26.16

AUG HRLY WAGE    - 6.38

One wrapping machine / box by hand
target: 240 per day / $60.00

ROGER

| DATE | BOXES DONE | PIECEWORK PRICE .25 ea | ACTUAL HOURLY WAGE / WK | DIFF. |
|------|-----------|------------------------|-------------------------|-------|
| 7/17 | 121 | 30.25 | 56.25 | − 26.00 |
| 7/18 | 240 | 60.00 | 56.25 | + 3.75 |
| 7/19 | 252 | 63.00 | 56.25 | + 6.75 |
| 7/20 | 220 | 55.00 | 50.00 | + 5.00 |
| 7/21 | 204 | 51.00 | 50.00 | + 1.00 |
| week total | 1037 | 259.25 | (43) 268.75 | − 9.50 |
| 7/24 | 240 | 60.00 | 56.25 | + 3.75 |
| 7/25 | 202 | 50.50 | 50.00 | + .50 |
| 7/26 | 43 | 10.75 | 18.75 | − 8.00 |
| 7/27 | 244 | 61.00 | 56.25 | + 4.75 |
| 7/28 | 176 | 44.00 | 50.00 | − 6.00 |
| 7/29 | 100 | 25.00 | 25.00 | −− |
| week total | 1005 | 251.25 | (41) 256.25 | − 5.00 |
| 7/31 | 200 | 50.00 | 50.00 | − |
| 8/1 | 186 | 46.50 | 50.00 | − 3.50 |
| 8/2 | 242 | 60.50 | 56.25 | + 4.25 |
| 8/3 | 250 | 62.50 | 56.25 | + 6.25 |
| 8/4 | 242 | 60.50 | 56.25 | + 4.25 |
| week total | 1120 | 280.00 | (43) 268.75 | + 11.25 |
| 8/7 | 242 | 60.50 | 56.25 | + 4.25 |
| 8/8 | 240 | 60.00 | 56.25 | + 3.75 |
| 8/9 | 200 | 50.00 | 50.00 | −− |
| 8/10 | 240 | 60.00 | 56.25 | + 3.75 |
| 8/11 | 240 | 60.00 | 56.25 | + 3.75 |
| week total | 1162 | 290.50 | (44) 275.00 | + 15.50 |

12

ROGER

| DATE | BOXES DONE | PIECEWORK AT .25 | HOURLY | DIFF. |
|------|------------|------------------|--------|-------|
| 8/14 | 200 | 50.00 | 50.00 | — |
| 8/15 | 240 | 60.00 | 56.25 | + 3.75 |
| 8/16 | 240 | 60.00 | 56.25 | + 3.75 |
| 8/17 | 240 | 60.00 | 56.25 | + 3.75 |
| 8/18 | 200 | 50.00 | 50.00 | — |
| 8/19 | 100 | 25.00 | 25.00 | — |
| eek total | 1220 | 305.00 | (47) 293.75 | + 11.25 |
| WK OTAL | 5544 | 1386.00 | (215) 1362.50 | + 23.50 |

HRLY WAGE BY
PIECEWORK → $6.35

Avg 26 boxes per hour

3