UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES TULGAN

                                                  CASE NO. 03-30298-MAP

     V.

BERKSHIRE ARMORED CAR

**NOTICE OF RESCHEDULING**

     PLEASE TAKE NOTICE that the above-entitled case has been RESET for a HEARING ON MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT on    MARCH 23, 2005  at    3:00  P.M.,    before Michael A. Ponsor, U.S. D.J In   Courtroom #   1   on the    5th    floor.

February 9, 2005
_____
      Date

WILLIAM RUANE, ACTING
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                            [kntchrgcnf.]
                                                                                                     [ntchrgcnf.]