## Miscellaneous:
### 05-43290 Gerard S. Reder

United States Bankruptcy Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Weiss, Steven entered on 5/13/2005 at 4:04 PM EDT and filed on 5/13/2005
**Case Name:** Gerard S. Reder
**Case Number:** 05-43290
**Document Number:** 3

**Docket Text:**
Statement of Social Security Number(s) *and Declaration of Electronic Filing*. filed by Debtor Gerard S. Reder (Attachments: # (1) Declaration of Electronic Filing) (Weiss, Steven)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\U\U100\Move\reder.statement.ss.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021399670 [Date=5/13/2005] [FileNumber=3537638-0
] [814406fbfe4142c451d8c5389e8a2b9bbf7b493029996dc2f2ddd05176230ec7d76
1eea9a5bcc0c63b659bf478349c6c3076215a6552031b735ca28c686fb433]]
**Document description:** Declaration of Electronic Filing
**Original filename:** G:\U\U100\Move\reder.declaration.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021399670 [Date=5/13/2005] [FileNumber=3537638-1
] [37ee266917135f62113c3e702b6d1a123b678e712a6a6cbee3d9420b48001324669
b26dc60dcd505bd337b0464630c71d30c40027741f0d61f89687229672589]]