UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV30298 - MAP

JAMES TULGAN,
      Plaintiff

V

BERKSHIRE ARMORED CAR,
SERVICES CO., INC. PROFIT SHARING
PLAN, BERKSHIRE ARMORED CAR
SERVICES CO., INC., GERARD S.
REDER AND JACQUELINE POWERS,
      Defendants

## SUGGESTION OF BANKRUPTCY OF GERARD S. REDER

The Defendant, Gerard S. Reder, on May 13, 2005, filed a Chapter 11 Petition For Reorganization with the United States Bankruptcy Court in Worcester, Massachusetts (Case No. 05-43290-HJB).

Dated: May 16, 2005

Gerard S. Reder, Defendant
By His Attorney,

Jack E. Houghton, Jr.
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
B.B.O. # 241040

## CERTIFICATE OF SERVICE

I, Jack E. Houghton, Jr., Esq. hereby certify that I have this 16th day of May, 2005, served the Plaintiff a copy of Suggestion of Bankruptcy of Gerard S. Reder by mailing same to Robert L. Leonard, Esq., Doherty Wallace Pillsbury & Murphy, One Monarch Place, ,Suite 1900, Springfield, MA 01144-1900 by prepaid, first class mail.

_____
Jack E. Houghton, Jr.