UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES TULGAN,                    )
        Plaintiff               )
                                )
              v.                )CIVIL ACTION NO. 03-30298-MAP
                                )
BERKSHIRE ARMORED CAR           )
SERVICES CO., INC. PROFIT       )
SHARING PLAN, ET AL,            )
        Defendants              )


PROVISIONAL ORDER OF STAY

June 9, 2005

PONSOR, D.J.

     On May 16, 2005, counsel for defendant Gerard S. Reder

filed a Suggestion of Bankruptcy.  It is the court's general

practice to stay cases when such a Suggestion has been

filed.  Plaintiff's counsel will file with this court, on or

before July 1, 2005, a written status report indicating in

what manner he intends to proceed.  Absent such a report,

the court will stay this case and remove it provisionally

from its docket pending completion of bankruptcy

proceedings.

     It is So Ordered.

                              /s/ Michael A. Ponsor
                             MICHAEL A. PONSOR
                             U. S. District Judge