UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES TULGAN,                      )
    Plaintiff                    )
                                   )
               v.            )CIVIL ACTION NO. 03-30298-MAP
                                   )
BERKSHIRE ARMORED CAR              )
SERVICES CO., INC. PROFIT          )
SHARING PLAN, ET AL,               )
    Defendants                   )

### FURTHER ORDER RE: CONTINUATION OF STAY

December 13, 2005

PONSOR, D.J.

    On July 5, 2005, Plaintiff filed a Motion to Continue Stay, pending decision on Plaintiff's claim of non-dischargability of debt before the Bankruptcy Court. On August 8, 2005, the court granted the Motion to Stay but ordered counsel to file a further report regarding the status of the bankruptcy proceeding no later than October 31, 2005. No report has been filed.

    Based on the foregoing, the court will order this matter dismissed on January 20, 2006, unless on or before that date Plaintiff's counsel files a status report regarding the bankruptcy proceedings and his intent to press forward with this case.

    It is So Ordered.

                                                    /s/ Michael A. Ponsor
                                                    MICHAEL A. PONSOR
                                                    U. S. District Judge