```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

```
JAMES TULGAN,                    )
       Plaintiff                 )
                                 )
              v.                 ) CIVIL ACTION NO. 03-30298-MAP
                                 )
BERKSHIRE ARMORED CAR            )
SERVICES CO., INC. PROFIT        )
SHARING PLAN, ET AL,             )
       Defendants                )
```

ORDER OF DISMISSAL

January 25, 2005

**PONSOR, D.J.**

On December 13, 2005, the court issued a Further Order Re: Continuation of Stay, noting that counsel had failed to comply with the court's order requiring a status report no later than October 31, 2005. At that time, the court indicated that it would order this matter dismissed on January 20, 2006, "unless on or before that date Plaintiff's counsel files a status report. . . ."  In view of the absence of any report as of this date, the court hereby orders that this case be dismissed. The clerk will enter judgment of dismissal.  This case may now be closed.

It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge