# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

JAMES TULGAN,

    Plaintiff

        v.                    CIVIL ACTION NO. 3: 03-30298 -MAP

BERKSHIRE ARMORED CAR
SERVICES CO., INC. PROFIT
SHARING PLAN, ET AL,

    Defendant

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order of dismissal entered this date, dismissing the plaintiff's complaint in favor of all defendants.

                    SARAH A. THORNTON,
                    CLERK OF COURT

Dated: January 25, 2006        By /s/ Maurice G. Lindsay
                                    Maurice G. Lindsay
                                    Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98)
       [jgm.]